UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF TEAM CO., LTD., <br><br> Applicant. | Case No. 22-mc-80183-VKD <br><br> **ORDER SETTING DEADLINES FOR SERVICE AND CONSENT OR DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |

Team Co., Ltd. ("Team Co") has filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 authorizing service of a subpoena for documents on Google LLC ("Google"). Absent consent of all parties, this Court lacks jurisdiction to hear and decide this matter. *See* 28 U.S.C. § 636(c)(1); *CPC Pat. Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801, 808 (9th Cir. 2022); *Williams v. King*, 875 F.3d 500 (9th Cir. 2017).

Team Co shall serve a copy of the application and this order on Google by **August 3, 2022**. To the extent they have not already done so, Team Co and Google shall each file a "Consent or Declination to Magistrate Judge Jurisdiction"[1] form indicating whether they consent or decline magistrate judge jurisdiction no later than **August 17, 2022**. Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. Fed. R. Civ. P. 73(b)(2).

**IT IS SO ORDERED.**

Dated: July 20, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[1] The form is available at https://cand.uscourts.gov/mj_consent-declination_form_10-2020/