Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
Kim Y. Ng, Bar No. 335222
KNg@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

Michael C. Bleicher, Bar No. 313892
MBleicher@perkinscoie.com
700 Thirteenth Street, N.W., Suite 800
Washington, DC 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

Attorneys for Non-Party
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF TEAM CO., LTD., <br><br> Applicant. | Case No. 5:22-mc-80183-VKD <br><br> **NON-PARTY GOOGLE LLC'S NOTICE OF ERRATA** <br><br> Judge:   Virginia K. DeMarchi |

Non-Party Google LLC ("Google") hereby submits this Notice of Errata to make the following correction to Footnote 1 in its Response to Orders Regarding Consent or Declination of Magistrate Judge Jurisdiction, Dkt. 10:

~~As of the date of this filing, Google has not been served with the Application, and it has not been served with the proposed subpoena.~~ Google ~~also~~ does not understand the Orders to require Google to respond to the Application at this time.

Dated: September 7, 2022

PERKINS COIE LLP

By: *s/ Julie E. Schwartz*
   Julie E. Schwartz
   Michael C. Bleicher
   Kim Y. Ng

   Attorneys for Non-Party
   GOOGLE LLC

-1-